This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
--------------------------------------------------------------

No. 47
Michael J. Carlson, Sr., &c.,
            Appellant,
        v.
American International Group,
Inc., et al.,
            Respondents.



            Edward J. Markarian, for appellant.
            Kevin D. Szczepanski, for respondents American
International Group, Inc. et al.
            Paul Kovner, for respondent American Alternative
Insurance Co.
            Patrick J. Lawless, for respondent DHL Express (USA),
Inc.
            New York State Trial Lawyers Association, amicus
curiae.




*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Reargument ordered and case set down for argument at a future
session of the Court.  Chief Judge DiFiore and Judges Rivera,
Abdus-Salaam, Stein, Garcia and Wilson concur.  Judge Fahey took
no part.


Decided April 4, 2017